UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAVEZ FLORENTINO, | No. 2:13-cv-2293 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| MARION E. SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, but has not filed a request to proceed in forma pauperis.

Petitioner is incarcerated in Soledad State Prison and does not challenge a conviction from this district, but rather complains of a ruling by the Northern District and requests a certificate of appealability from that ruling. Both Soledad State Prison and Monterey County are in an area embraced by the United States District Court for the Northern District of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner is not confined in this district, and is not challenging a conviction in this district, this court does not have jurisdiction to entertain the application.

/////

/////

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that: This matter
2  is transferred to the United States District Court for the Northern District of California. 28 U.S.C.
3  § 2241(d); 28 U.S.C. § 1406(a).
4  Dated: November 21, 2013

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Flor2298.108b